**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE

LISA M. LUCATINO

DEBTOR

CHAPTER 7

CASE NO. 11-30807LMW

May 31, 2012

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

TO THE HONORABLE LORRAINE M. WEIL, UNITED STATES BANKRUPTCY JUDGE:

1. Movant is the duly qualified and acting Trustee in this case.

2. The above-captioned Debtor, Lisa M. Lucatino (the "Debtor"), filed a petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code on March 30, 2011.

3. During the course of the Trustee's administration of this Chapter 7 proceeding, the Trustee applied for and obtained authority to employ Louis M. Rubano, Esquire of Lynch, Traub, Keefe & Errante, P.C., as special counsel to pursue a personal injury claim relative to injuries sustained by the Debtor in a motor vehicle accident which occurred on October 8, 2007 ( "Special Counsel").

4. Special Counsel has notified the Trustee that he has been offered the gross cash amount of Forty Five Thousand and 00/100 ($45,000.00) Dollars in full satisfaction and settlement of the Debtor's claims relative to the injuries sustained by the Debtor in said motor vehicle accident. The settlement amount offered would be in full cash payment.

5. Special Counsel to the Trustee has recommended acceptance of the offer in settlement of such claims and has further recommended allocation of the settlement award as follows:

   a. Pain and Suffering- - -$1,800.00; and
   b. Personal bodily injury - - -$43,200.00.

6. On May 30, 2012 Special Counsel filed an Application for Compensation in the amount of $15,000 as a contingency fee and $1,549.34 in expenses. The attorneys' fees and costs of Special Counsel will be allocated proportionally between the specific components of the settlement award as set forth in paragraph 5 hereof.

7. The Debtor has claimed an exemption in said personal injury claim of $23,323.00 of which $21,624.00 pursuant to 11 U.S.C. 522 § d (11) (D) and $1,699.00 pursuant to 11 U.S.C. 522 § d (5). More than thirty days have passed since the debtor claimed the exemption, and no interested parties objected.

8. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

9. The Trustee believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Trustee has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in her deliberation.

**WHEREFORE**, the Trustee prays that the Court enter an Order:
1. Pursuant to FBRCP 9019(a) approving the above described compromise and terms of the Settlement Agreement;
2. Allowing the payment of the Debtor's exemption of $23,323.00; and
3. For such other relief as this court deems just and proper.

Dated at New Haven, Connecticut this 31st day of May, 2012.

    Respectfully Submitted,

    /s/ Kara S. Rescia_____
    Kara S. Rescia, Trustee
    200 North Main Street, East 14
    East Longmeadow, MA 01028
    (413) 526-9529 Telephone
    Federal Bar No.: ct18001

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE

CHAPTER 7

LISA M. LUCATINO    CASE NO. 11-30807LMW

DEBTOR    , 2012

**PROPOSED ORDER RE: TRUSTEE'S MOTION TO APPROVE**
**COMPROMISE AND SETTLEMENT OF CLAIM**

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by Kara S. Rescia, Trustee, dated May 31, 2012 it is hereby:

**ORDERED**: That the estate may compromise the estate's claims on behalf of the Debtor, Lisa M. Lucatino, as specified in the Trustee's Motion to Approve Compromise, for the gross amount of $45,000.00, and upon the further terms and conditions set forth in Trustee's Motion, and it is

**FURTHER ORDERED:** That the Trustee is authorized to pay the Debtor an exemption of $23,323.00.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE

LISA M. LUCATINO

DEBTOR

CHAPTER 7
CASE NO. 11-30807LMW

May 31, 2012

**CERTIFICATE OF SERVICE**

      The undersigned Trustee hereby certifies that on May 31, 2012 in accordance with Rules 7004, 7005, and 9014 F.R.Bank.P., I served a copy of the Motion to Approve Compromise and Proposed Order to the following on the parties listed below:

Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

The Debtor
Lisa M. Lucatino
5 Carmen Street
East Haven, CT 06512

Debtor's Attorney
Neil Crane
Law Offices of Neil Crane, LLC
2700 Whitney Avenue
Hampden, CT 06518

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft Lowell Road, Suite 200
Tucson, AZ 85712

Louis M. Rubano
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06510

                                /s/ Kara S. Rescia
                                Kara S. Rescia